# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHEBA MOORE                                                                    PLAINTIFF

V.                          4:16CV000600 SWW/JTR

JORCLCIA WHITE, Officer,
North Little Rock Police Department; and
JOHN DOES, unknown Pulaski County Officials and
North Little Rock Police Officers                                              DEFENDANTS

## **RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

On August 22, 2016, Plaintiff Sheba Moore ("Moore") filed this *pro se* § 1983 action alleging that Defendants police officer Jorclcia White ("White") and Does, who are unknown North Little Rock police officers and Pulaski County officials, used excessive force during her arrest and denied her adequate medical care for her injuries. *Doc. 1*. Moore, who is no longer in custody, has paid the filing fee in full. *Doc. 10*. Thus, it is her obligation to properly identify and service each Defendant. *See* 28 U.S.C. § 1915(d).

On March 3, 2017, the Court gave Moore a final sixty days to serve at least one Defendant, and warned her that this case would be dismissed, without prejudice, if she failed to timely do so. *Doc. 16*.

As of the date of this Recommendation, Moore has not served any of the Defendants. Thus, this case should be dismissed, without prejudice, due to a lack of service. *See* Fed. R. Civ. P. 4(m) (providing that service must be completed "90 days after the complaint is filed").

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 5th day of May, 2017.

*[signature: J. Thomas Ray]*
_____
UNITED STATES MAGISTRATE JUDGE