# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHEBA MOORE                                                                  PLAINTIFF

V.                           4:16CV000600 SWW/JTR

JORCLCIA WHITE, Officer,
North Little Rock Police Department; and
JOHN DOES, unknown Pulaski County Officials and
North Little Rock Police Officers                                            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE.[1]

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 2nd day of June, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The motion [doc.#18] of the North Little Rock Police Department is denied as moot.