IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEBA MOORE                                                                           PLAINTIFF

V.                                  4:16CV000600 SWW/JTR

JORCLCIA WHITE, Officer,
North Little Rock Police Department; and
JOHN DOES, unknown Pulaski County Officials and
North Little Rock Police Officers                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED WITHOUT PREJUDICE. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 2nd day of June, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE